*Robert G. Golger*, special public defender, in support of the petition.

*Joy K. Fausey*, deputy assistant state's attorney, in opposition.

Decided April 18, 2001

STATE OF CONNECTICUT *v.* RICHARD KENNISON

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 256 (AC 20517), is denied.

*Neal Cone*, assistant public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided April 18, 2001

RONALD WING ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF CROMWELL

The plaintiffs' petition for certification for appeal from the Appellate Court, 61 Conn. App. 639 (AC 19435), is denied.

*Joel M. Ellis*, in support of the petition.

*Mark K. Branse*, in opposition.

Decided April 25, 2001

GIZELLA BIRO *v.* LEON C. HIRSCH ET AL.

The petition for certification by the defendants, Leon C. Hirsch and Turi Josefson, for appeal from the Appellate Court, 62 Conn. App. 11 (AC 19639), is denied.